March 15, 2015

Re: Case Numbers: 07-15-00084-CV, 07-15-00085-CV, 07-15-00086-CV
Trial Court Case Numbers: 8460-B, 8461-B, 19,154-B

Style: Danny Lee Shead V. The State of Texas


FILED
MAR 19 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

To The Honorable Justices of Appellate Court:

As directed by The Court Appellant Danny Lee Shead pro se, now provides his reasonable explanation for the untimely filing of Notices of Appeal. Judge Board 181st District Judge signed the Judgment January 8, 2015. The Trial Clerk filed the Judgment January 28, 2015. However, failed to give notice immediately pursuant rule 306a(3) Tex. R. civ. P. . Appellant mailed Correspondence Letter Feb. 17, 2015 to Trial Clerk asking Judge Board To Rule on Motion and Objection To Trial Court Order. Only After receiving my Correspondence did Trial Clerk mail Judge Board's Judgment in which I received actual notice February 20, 2015 Via Institutional Legal Mail call at 8:30 am. Upon reviewing documents and Correspondence I noticed The Notice of Appeal Filing deadline had already passed. February 8, 2015 Not only That but I only had 3 days with The 15 day extension rule 10.5(b) to File Feb. 23. 2015. With limited Knowledge, No Email account and using Institutional Mail, I immediately began my Notices of Appeal and was able To Mail Them Feb 25, 2015 via U.S. Mail. If I had been notified in accordance To procedure I would had been able to Timely file Notices of Appeal. I do pray the Court will except my above explanation

1.

as reasonable as directed by the Court. Thank you.

respectfully Submitted,

Danny Shead,

appellant pro se

"I, Danny Lee Shead, appellant pro se, do hereby certify that a true and correct copy of the above and foregoing Reasonable Explanation as directed by The Court was mailed United States mail postage pre paid, to the appellate Clerk of the 7th District of Texas for Randall, TX. 181st District on this 16th day of March 2015.

respectfully,

Danny Shead - appellant pro se

Tulia Transfer Facility

4000 Hwy 86 West

Tulia, TX. 79088

"I Danny Lee Shead #1484832, being presently incarcerated in the Texas Department of Criminal Justice, Tulia Transfer Facility in Swisher, TX. Declare under the penalty of perjury that the facts stated above are true and correct. (pursuant to V.T.C.A Civil Practice § 132.003) Executed on this 16th day of March 2015, Danny Shead "

Respectfully

Danny Shead

appellant pro se

2.

Clerks record as relevant items to the proceedings which has been omitted. Also the financial credits paid to Trial Clerk for payment. I request the omitted items under rule 34.5(g) Supplementation items. Thank you. Am I entitled to the Clerks Record or Do I have to pay to receive it? All I have is the Table of Contents.

In closing, I noticed a name at the bottom of your correspondence to me named Harry Ingram That he received XC: VIA EMAIL I do not know who he is or his relationship to these proceedings. I have filed all papers, documents pro se. Please explain who he is and his relationship to these proceedings. Thank you.

Respectfully,
Danny Shead
Appellant pro se
Tulia Transfer Facility
4000 Hwy 86 West
Tulia, TX. 79088

Note: Appellant did mail 2nd Motion To Extend Notice of Appeal Deadline and Reasonable Explanation/attached affidavit by U.S. Mail March 11, 2015.

2.

March 15, 2015

Vivian Long
7th Court of Appeal - Clerk
P.O. Box 9540
Amarillo, TX. 79105-9540

Re: Case Numbers: 07-15-00084, 07-15-00085, 07-15-00086
    Trial Court Case Numbers: 8460-B, 8461-B, 19,154-B

Style: Danny Lee Shead v. The State of Texas

Dear Clerk: Enclosed find my Reasonable Explanation as directed by The Court in writing. Please file and bring to the attention of The Appellate Court for review. Please Notify me of the Courts ruling so I may proceed in Appeal.

If accepted can you please tell me the due date for appellant Brief's due to Notice of Appeal deadline in question and rule 10.5(b) I am uncertain of Brief deadline.

I received a copy of Trial Clerks Table of Contents for the Clerk's Record. I do not agree with the Bill of Cost being presented. I wrote Correspondence To Trial Clerk prior To The March 5, 2015 date on Clerks record Asking for the Original Bill of Cost from cause No. 8460-B, 8461-B, 19,154 To be included in the

1.

Danny Shead #1484832
Terre Transfer Facility
4000 HWY 86 West
Tulia, TX. 79088

Legal Correspondence

AMARILLO TX 791
15 MAR 2016 PM 2 T

Vivian Long
7th Court of Appeals Clerk
P.O. Box 9540
Amarillo, TX. 79105-9540

79105159540